No. 112. DÍAZ CANEJA *v.* GIMÉNEZ.—Appeal from the District Court of San Juan. Motion to dismiss appeal. Decided

January 28, 1907. Appeal dismissed on account of failure to comply with sections 50 and 54 of the Rules of this court. *Mr. Hernández López* for petitioner. *Mr. Lasalle* for respondent.

---

No. 113. PÉREZ *v.* EUGUI & Co.—Appeal from the District Court of San Juan. Motion to dismiss appeal. Decided January 28, 1907. Appeal dismissed on account of failure to comply with the provisions of sections 50 and 54 of the Rules of this court. *Mr. Eduardo Acuña* for petitioner. *Mr. López Landrón* for respondent.